

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00109-CR

**IN RE Samuel MIRELES**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: March 16, 2022

RELATOR'S PETITION FOR WRIT OF MANDAMUS DENIED

On February 22, 2021, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2020-CR-10686, styled *State v. Mireles*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.